Law Offices of Peter L. Fear
Peter L. Fear, No. 207238
Gabriel J. Waddell, No. 256289
7750 North Fresno Street, Suite 101
Fresno, California 93720
(559) 436-6575
(559) 436-6580 (fax)
pfear@fearlaw.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>NICHOLAS ANTHONY SOARES,<br><br>Debtor. | Case No. 10-61331-B-12<br><br>Chapter 12<br><br>D.C. No. PLF-2<br><br>Date: December 16, 2010<br>Time: 3:00 PM<br>Place: Dept. B, Ctrm. 12, 5th Floor<br>United States Courthouse<br>2500 Tulare St., Fresno, California<br>Judge: Hon. W. Richard Lee |

**NOTICE OF MOTION TO VALUE COLLATERAL OF RABOBANK N.A.**

TO RABOBANK N.A.:

YOU ARE HEREBY NOTIFIED that the debtor has filed a motion seeking to value collateral described as real property located at 276 South 7th Avenue, Kingsburg, CA 93631. Debtor's opinion of the collateral's value is $270,000. Debtor's purpose in valuing the collateral is to determine the extent of Rabobank N.A.'s secured interest in the bankruptcy estate. The lien senior to the claim of Rabobank N.A. is approximately $182,351, so the extent

Notice of Motion to Value Collateral (etc.) - 1

of Rabobank N.A.'s secured claim is $87,649. The Motion is set for hearing on the above date, at the above time and place.

Pursuant to Local Rule 9014-1(f)(1), opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) calendar days preceding the date or continued date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions. Any opposition and evidence supporting the opposition shall be served on the Trustee, debtor, and debtor's attorney at the address(es) stated below.

Any opposition shall specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to FRCivP 43(e) as made applicable by FRBP 9017. If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the motion and all disputed material factual issues pursuant to FRCivP 43(e).

| | | |
|---|---|---|
| M. Nelson Enmark<br>Chapter 12 Trustee<br>3855 North West Avenue, Suite 108<br>Fresno, California 93705 | Peter L. Fear<br>Law Offices of Peter L. Fear<br>7750 N. Fresno St., Ste. 101<br>Fresno, California 93720 | Nicholas Soares<br>276 7th Avenue<br>Kingsburg, California 93631 |

Date: 11/1/2010            LAW OFFICES OF PETER L. FEAR
By: /s/ Gabriel J. Waddell
Gabriel J. Waddell

Notice of Motion to Value Collateral (etc.) - 2