2



Law Offices of Peter L. Fear
Peter L. Fear, No. 207238
Gabriel J. Waddell, No. 256289
7750 North Fresno Street, Suite 101
Fresno, California 93720
(559) 436-6575
(559) 436-6580 (fax)
pfear@fearlaw.com

Attorney for SOARES,
 Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>NICHOLAS ANTHONY SOARES,<br><br>Debtor. | Case No. 10-61331-B-12<br><br>Chapter 12<br><br>D.C. No. N/A<br><br>Date:  November 10, 2010<br>Time:  3:00 PM<br>Place:  Dept. B, Ctrm. 12, 5th Floor<br>           United States Courthouse<br>           2500 Tulare St., Fresno, California<br>Judge: Hon. W. Richard Lee |

### STATUS CONFERENCE REPORT

Debtors hereby submit the following status conference report:

1. This case was commenced on September 30, 2010, by the filing of a voluntary petition under Chapter 12 of the Bankruptcy Code.

2. Debtor is eligible to be a Debtor under Chapter 12 as demonstrated by the declaration filed with the petition, a copy of which is attached hereto.

3. The order authorizing employment of bankruptcy counsel was entered October 27, 2010.

| | |
|---|---|
| 1 |   4.  Debtor has filed a Chapter 12 Plan. The confirmation hearing is set for |
| 2 | December 16, 2010. |
| 3 | |
| 4 | Date: 11/09/2010      LAW OFFICES OF PETER L. FEAR |
| 5 |            By: /s/ Peter L. Fear |
| |              PETER L. FEAR |

Law Offices of Peter L. Fear
Peter L. Fear, No. 207238
Gabriel J. Waddell, No. 256289
7750 North Fresno Street, Suite 101
Fresno, California 93720
(559) 436-6575
(559) 436-6580 (fax)
pfear@fearlaw.com

Attorney for SOARES,
 Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| In re: | Case No. 10-_____-\_\_-12 |
|---|---|
| NICHOLAS SOARES, | Chapter 12 |
| Debtor(s). | D.C. No. N/A |

**DECLARATION OF NICHOLAS SOARES
RE: ELIGIBILITY TO FILE CHAPTER 12**

I, NICHOLAS SOARES, declare as follows:

1. I am a debtor in the above-captioned bankruptcy case.

2. I farm grapes for raisins on my real property. I am also employed as a farm consultant and receive wages for that employment.

3. I had two farming businesses which I was involved in in 2009: (1) farming 17 acres of grapes for raisins on the property on which I live; and (2) farming 8 acres of peaches on leased land, which I farmed in partnership with my brother.

4. Following is a breakdown of my income for 2009 and the amounts which are considered farm and non-farm income;

| Gross income | Farm Income | Non-Farm Income |
|---|---|---|
| Wages as farm consultant | | $58,844 |
| Farming 20 acres of grapes | $41,380 | |
| ½ Gross income from peaches | $31,650 | |
| | | |
| | | |
| Totals | $73,030.00 | $58,844.00 |

5. Attached hereto as Exhibit A is a list of all of my debt, broken down into whether the debt was incurred for farm-related purposes or not. As noted, the vast majority of my debt is farm related.

6. Based on the foregoing, the vast majority of my noncontingent, liquidated debts are farm-related.

I declare under penalty of perjury that the foregoing statements are true and correct and that if called as a witness herein I could and would competently testify thereto, and that this declaration was executed on 9/28/10, at Fresno, California.

_____
NICHOLAS SOARES

Declaration re: Eligibility (etc.) - 2

Exhibit A
Nicholas Soares
Calculations re: Farm Debt

| Creditor | Farm Debt | Consumer Debt | Total |
|---|---|---|---|
| Chase Home Finance | $ 182,351.00 | | $ 182,351.00 |
| CNH Capital | $ 24,619.00 | | $ 24,619.00 |
| GE Money Bank | | $ 11,637.00 | $ 11,637.00 |
| Rabobank | $ 173,264.02 | $ - | $ 173,264.02 |
| Americredit | | $ 4,065.00 | $ 4,065.00 |
| Capital One Bank | $ 8,475.75 | $ 25,427.25 | $ 33,903.00 |
| Citi Cards | | $ 9,960.08 | $ 9,960.08 |
| Citibank | $ 19,904.76 | | $ 19,904.76 |
| Discover | $ 14,106.19 | | $ 14,106.19 |
| Home Depot | $ 14,170.97 | | $ 14,170.97 |
| HSBC | | $ 4,245.00 | $ 4,245.00 |
| Verizon Wirless | | $ 244.78 | $ 244.78 |
| Leopold Farm Service | 23,000 | | $ 23,000.00 |
| Citibank | $ 3,041.63 | | $ 3,041.63 |
| Lowes/GEM | $ 4,885.00 | | $ 4,885.00 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | |
| Total | $ 467,818.32 | $ 55,579.11 | $ 523,397.43 |
| Total Percentage | 89% | 11% | |