2

Thomas E. Campagne, #065375
Mary F. Lerner, #235951
Campagne, Campagne & Lerner
A Professional Corporation
Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone: (559) 255-1637
Facsimile: (559) 252-9617

Attorneys for Leopoldo's Farm Services

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re | ) Case No. 10-61331 |
| | ) |
| NICHOLAS ANTHONY SOARES, | ) Chapter 12 |
| | ) |
| Debtor. | ) DC No. MFL-03 |
| | ) |
| | ) **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| | ) |
| | ) |
| | ) |
| | ) |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Thomas E. Campagne and Mary F. Lerner, attorneys of record for Creditor Leopoldo Farm Services will be unavailable from December 24, 2010 through January 2, 2011 for any purposes including, but not limited to, receiving notice of any kind, appearing in court, responding to ex-parte applications, or attending depositions. (***Tenderloin Housing Clinic v. Sparks***, 8 Cal.App.4th 299 (1992).)

Dated: December 1, 2010         Respectfully submitted,

                                       Campagne, Campagne & Lerner
                                       A Professional Corporation

                                       By  /s/Mary F. Lerner
                                             Mary F. Lerner
                                       Attorneys for Plaintiff Leopoldo Farm Services

lnmF:\DATA\docs\Garcia, Leopoldo\Sunmaid-Soares\Pleadings\Ntc of Unavailability-111710.doc

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

NOTICE OF UNAVAILABILITY OF COUNSEL          Page 1