# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | |
|---|---|---|
| **Case Title :** | Nicholas Anthony Soares | **Case No :** 10−61331 − B − 12E<br>**Date :** 12/16/10<br>**Time :** 03:00 |
| **Matter :** | [23] − Motion/Application to Value Collateral of Rabobank N.A. [PLF−2] Filed by Debtor Nicholas Anthony Soares (resf) | UNOPPOSED |
| **Judge :**<br>**Courtroom Deputy :**<br>**Reporter :**<br>**Department :** | W. Richard Lee<br>Jennifer Dauer<br>Karen Griswold<br>B | |

**APPEARANCES for :**
**Movant(s) :**
     Debtor(s) Attorney − Peter L. Fear
**Respondent(s) :**
(by phone)    Creditor's Attorney − David Farmer

HEARING CONTINUED TO: 1/13/11 at 03:00 PM